IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CRIMINAL NO. 13-50015-001        USA v. SCOTT WAYNE PITTS

COURT PERSONNEL:                 APPEARANCES:

Judge: JIMM LARRY HENDREN        Govt. CANDACE TAYLOR

Clerk: GAIL GARNER               Deft. JACK SCHISLER

Reporter: THERESA SAWYER


## SENTENCING MINUTE SHEET


On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

(X)  Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
(X)  Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
(X)  Inquiry made that defendant is satisfied with counsel.
(X)  Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
(X)  Presentence investigation report reviewed in open court.
(X)  Court expresses final approval of plea agreement.
(X)  Victim impact statement presented to the court by Jason Jones.
(X)  Government moves for upward departure
(X)  Counsel for defendant afforded opportunity to speak on behalf of defendant.
(X)  Defendant afforded opportunity to make statement and present information in mitigation of sentence.
(X)  Attorney for government afforded opportunity to make statement to court.
(X)  Court proceeded to impose sentence as follows:

30 months imprisonment; 3 years supervised release; $500.00 fine - interest waived.

Criminal No. 13-50015-001

(X)   Defendant ordered to comply with standard conditions
      of supervised release.
(X)   Defendant ordered to comply with the following special
      conditions of supervised release:

      Submit person, residence, place of employment, and
      vehicle to a search conducted by the USPO upon request.

      Submit to inpatient/outpatient substance abuse
      testing/treatment as directed by USPO.

      Submit to inpatient/outpatient mental health
      testing/treatment as directed by USPO.

      Make no contact in any way with identified victims.

(X)   Defendant ordered to pay total special assessment of
      $100.00, for count 1, which shall be due immediately.
(X)   Counts 2 and 3 dismissed on motion by the government.
(X)   Defendant advised of right to appeal sentence imposed.
(X)   Defendant advised of right to apply for leave to appeal
      in forma pauperis.
(X)   Defendant remanded to custody of USMS.


DATE: DECEMBER 12, 2013          Proceeding began:  9:52 am

                                            ended: 11:05 am